United States District Court
Southern District of Texas
**ENTERED**
January 05, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| JOSH LIMAS, § § § Plaintiff, § VS. § ALL SEASON MEAT MARKET, INC., § § Defendant. § | CIVIL ACTION NO. 5:20-CV-168 |

## ORDER

On December 30, 2020, Plaintiff Josh Limas and Defendant All Season Meat Market, Inc. filed a "Joint Stipulation of Dismissal with Prejudice Pursuant to FRCP 41(a)(1)" (Dkt. 12). The stipulation (Dkt. 12), which is signed by counsel for all Parties, satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and requests a dismissal with prejudice. (*Id.* at 1–2.) Accordingly, the case is hereby DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this 5th day of January, 2021.

_____
Diana Saldaña
United States District Judge